UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-01149-ODW(RAOx) | Date | March 21, 2023 |
|---|---|---|---|
| Title | Multiple Energy Technologies, LLC v. Seth Casden | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sheila English | | COURT SMART |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Nicole A. Sullivan/ Bethany M. Stevens | | Scott K Behrendt/ Jessica S Diotalevi<br>Kyle Richard Bevan |

**Proceedings:**   STATUS CONFERENCE RE: PRETRIAL CONFERENCE

The Court and counsel retires to chambers separately for further discussions off the record.

Later:
The Court will contact magistrate Judge Oliver to conduct a settlement hearing for the parties.

The Jury Trial will remain on calendar as currently set: **June 20, 2023 at 9:00 a.m.**

IT IS SO ORDERED.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | se |