O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SETH CASDEN,<br><br>        Defendant. | Case № 2:21-cv-01149-ODW (RAOx)<br><br>**FINAL JUDGMENT** |

Pursuant to the jury's verdict, (ECF No. 190), and the Court's Post-Trial Order, (ECF No. 198), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall have **JUDGMENT** in its favor on all claims asserted in the First Amended Complaint, (ECF No. 24);

2. The Court **AWARDS** Plaintiff $2,500,000 in damages on its tortious interference claim against Defendant;

3. The Court **AWARDS** Plaintiff $2,949,513 in damages and finds Plaintiff is entitled to reasonable attorneys' fees on its Lanham Act claim against Defendant; and

4. The Court **PERMANENTLY ENJOINS** Defendant as follows:

    IT IS HEREBY ORDERED that Defendant Seth Casden is enjoined from making any statement in any forum or communication including but not limited to statements 1) on any website; 2) on an social media platform; or 3) to any member of the press or persons attempting to influence the opinions or decisions of others, that a) states or suggests that the Food and Drug Administration ("FDA") has "approved" Hologenix's product Celliant for any use or any reason; b) states or suggests that the FDA has made a "determination" as to whether Celliant provides any benefits, whether those benefits are categorized as medical benefits or "general wellness" benefits; or c) states or suggests that Celliant products are better than products containing Plaintiff Multiple Energy Technologies, LLC's bioceramics because of any approval given by or determination made by the FDA.

If Celliant is cleared, authorized or approved by the FDA as reflected in the appropriate FDA databases, true and accurate statements to this effect would not be violations of this injunction.

The following statement authorized by the FDA in its June 8, 2017 letter when restated in its entirety is not a violation of this injunction: "The FDA has determined that Celliant products are medical devices as defined in section 201(h) of the Federal Food, Drug and Cosmetic Act and are general wellness products."

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 26, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

3