UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01149-ODW (RAOx) | Date | September 2, 2026 |
| Title | *Multiple Energy Technologies, LLC v. Seth Casden* | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge |

| | | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

After considering the parties' joint report, the Court questions whether the bankruptcy court has authorized the parties to seek their requested relief. The Court **ORDERS** the parties to obtain clarification from the bankruptcy court regarding the scope of its stay, including whether the bankruptcy court permits their contemplated motions. The Court **STAYS** this action pending the bankruptcy court's ruling.

The Court **ORDERS** the parties to file status reports every thirty days, beginning **October 2, 2026**, addressing the status of their briefing with the bankruptcy court. The Court further **ORDERS** the parties to file a status report within **five (5) days** of the bankruptcy court's ruling regarding the scope of its stay.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE